**Order entered September 19, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-01246-CR

**ERIC QUINONES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 380th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 380-82399-2015**

## ORDER

Before the Court is the State's September 19, 2017 motion for extension of time to file brief. We **GRANT** the State's motion and **ORDER** the brief received September 19, 2017 filed as of the date of this order.

/s/    ELIZABETH LANG-MIERS
        JUSTICE